U.S. CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 12 2019 ★
BROOKLYN OFFICE

Page 2

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District | Eastern |
|---|---|---|
| Name (under which you were convicted): Andy M. Gayot A/K/A Andrew Gayot | Docket or Case No.: 462-2015; 482-2014 | |
| Place of Confinement: Attica Correctional Facility | Prisoner No.: 16A3173 | |
| Petitioner (include the name under which you were convicted) Andy M. Gayot A/K/A Andrew Gayot | Respondent (authorized person having custody of petitioner) The People of the State of New York | |
| The Attorney General of the State of New York | | |

**PETITION**    CV-19 4657

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Suffolk County Supreme Court 210 Center Drive Riverhead, NY 11901

    AZRACK, J.

   (b) Criminal docket or case number (if you know): 462-2015; 482-2014

2. (a) Date of the judgment of conviction (if you know): June 21, 2016

   (b) Date of sentencing: July 27, 2016

3. Length of sentence: 32 years

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Ind No. 482-14: Sex trafficking (two counts), compelling prostitution, promoting prostitution in the second degree (two counts), promoting prostitution in the third degree, strangulation in the second degree, criminal obstruction of breathing, rape in the third degree (two counts), criminal sexual act in the third degree

6. (a) What was your plea? (Check one)

    (1) Not guilty ☒    (3) Nolo contendere (no contest) ☐
    (2) Guilty ☐         (4) Insanity plea ☐

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N/A

RECEIVED
AUG 13 2019
EDNY PRO SE OFFICE

_____
_____
_____
_____

(c) If you went to trial, what kind of trial did you have? (Check one)
  Jury ☐   Judge only ☒

7. Did you testify at either a pretrial hearing, trial or a post-trial hearing?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

9. If you did appeal, answer the following:
   (a) Name of court: Appellate Division: Second Department
   (b) Docket or case number (if you know): App Div Nos: 2016-9117  2016-9119
   (c) Result: Affirmed
   (d) Date of result (if you know): September 12, 2018
   (e) Citation to the case (if you know): 164 AD3d 1259, 80 NYS3d 914
   (f) Grounds raised: (1) Error of trial court during pre-trial (2) Fourth Amendment violation (3) Ineffective assistance of counsel (4) Sentence being harsh and excessive
   _____
   _____

   (g) Did you seek further review by a higher state court?  Yes ☒ No ☐
       If yes, answer the following:
       (1) Name of court: State of New York Court of Appeals
       (2) Docket or case number (if you know): _____
       (3) Result: Application for leave denied
       _____
       (4) Date of result (if you know): November 15, 2018
       (5) Citation to the case (if you know): —
       (6) Grounds raised: _____
       _____
       _____

   (h) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐ No ☒
       If yes, answer the following:
       (1) Docket or case number (if you know): N/A

(2) Result: _N/A_

(3) Date of result (if you know): _N/A_

(4) Citation to the case (if you know): _N/A_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☑  No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _County Court of the State of New York County of Suffolk_

    (2) Docket or case number (if you know): _2018-10504_

    (3) Date of filing (if you know): _February 6, 2018_

    (4) Nature of the proceeding: _CPL 440.10_

    (5) Grounds raised: _① Ineffective assistance of counsel ② Brady Material ③ New evidence ④ Rosario Material_

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    Yes ☐  No ☒

    (7) Result: _Application denied_

    (8) Date of result (if you know): _July 23, 2018_

    (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _N/A_

    (2) Docket or case number (if you know): _N/A_

    (3) Date of filing (if you know): _N/A_

    (4) Nature of the proceeding: _N/A_

    (5) Grounds raised: _N/A_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
Yes ☐ No ☒

(7) Result: N/A

(8) Date of result (if you know): N/A

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
Yes ☐ No ☒

(7) Result: N/A

(8) Date of result (if you know): N/A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ☒ No ☐

(2) Second petition: Yes ☐ No ☐

(3) Third petition: Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: N/A

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** Ineffective assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Counsel #1 failed to properly allege grounds supported by a sworn affidavit of facts in support of his motion to suppress evidence obtained as a result of a probation search order executed at petitioner's home and resulted in his arrest on 2/25/2014, as required by CPL 710.60(1); Counsel #2, who conducted the suppression hearing was not familiar with the facts surrounding the probation search order and failed to firmly advocate for further inquiry, and Counsel #3 failed to move pursuant to CPL 255.20(3) to reopen the hearing when additional factors were revealed at trial.

(b) If you did not exhaust your state remedies on Ground One, explain why: N/A

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☒  No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☒  No ☐

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: CPL 440.10
Name and location of the court where the motion or petition was filed: County Court of the State of New York, County of Suffolk 210 Center Drive Riverhead, NY 11901
Docket or case number (if you know): 482A-2014 + 462-2015
Date of the court's decision: July 23, 2018

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?
Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?
Yes ☒ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☒ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: Appellate Division Supreme Court of the State of New York: Second Judicial Department 45 Monroe Place Brooklyn, NY 11201
Docket or case number (if you know): 2018-10504
Date of the court's decision: February 22, 2019
Result (attach a copy of the court's opinion or order, if available): Application for leave denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: N/A

**GROUND TWO:** Violation of Petitioner's Fourth Amendment Right to be free of unreasonable search and seizure

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): There was no probable cause for the issuance of a legitimate search warrant against petitioner, Andrew Gayot and the probation search order, insofar as it authorized a search of the entire premises in which probationer Brandon Fortune resided, was overly broad and as such allowed for it to be employed as a strategy to violate petitioner's Fourth Amendment Right to be free of unreasonable search and seizure

(b) If you did not exhaust your state remedies on Ground Two, explain why: __N/A__

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: __N/A__

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: __CPL 440.10__
Name and location of the court where the motion or petition was filed: __County Court of the State of New York County of Suffolk 210 Center Drive Riverhead, NY 11901__
Docket or case number (if you know): __4829-2014 + 462-2015__
Date of the court's decision: __July 23, 2018__
Result (attach a copy of the court's opinion or order, if available): ____

(3) Did you receive a hearing on your motion or petition?
Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?
Yes ☒ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☒ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: __Appellate Division Supreme Court of the State of New York: Second Judicial Department 45 Monroe Place Brooklyn, NY 11201__
Docket or case number (if you know): __2018-10504__
Date of the court's decision: __February 22, 2019__
Result (attach a copy of the court's opinion or order, if available): ____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: 

N/A

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

(b) If you did not exhaust your state remedies on Ground Three, explain why: N/A

(c) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
  Yes ☐ No ☐
  (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
  Yes ☐ No ☐
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: N/A
  Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?
Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?
Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____ N/A _____

(c) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐  No ☐

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____ N/A _____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
       Yes ☐  No ☐

   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____ N/A _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion or petition?
       Yes ☐  No ☐

   (4) Did you appeal from the denial of your motion or petition?
       Yes ☐  No ☐

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
       Yes ☐  No ☐

   (6) If your answer to Question (d)(4) is "Yes," state:
   Name and location of the court where the appeal was filed: _____ N/A _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☒  No ☐

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: 

    N/A

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: 

    N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  Yes ☐  No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinions or orders, if available. 

    N/A

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☐  No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Christopher Brocato, Esq. 320 Carleton Avenue Suite 3400 Central Islip, NY 11722 tel: 631-234-1650

    (b) At arraignment and plea: Larry Flowers, Esq. 215 East Main Street Huntington, NY 11743 tel: 631-629-4720

    (c) At trial: Daniel A. Russo, Esq. 64 C Old Riverhead Road Westhampton Beach, NY 11978 tel: 631-447-1200

    (d) At sentencing: Daniel A. Russo, Esq. 64 C Old Riverhead Road Westhampton Beach, NY 11978 tel: 631-447-1200

    (e) On appeal: Louis E. Mazzola, Esq. Legal Aid Society Arthur M. Cromarty Court Complex 300 Center Drive Riverhead, NY 11901

    (f) In any post-conviction proceeding: N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐  No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

    (b) Give the date the other sentence was imposed: N/A
    (c) Give the length of the other sentence: N/A
    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐  No ☒

18. **TIMELINESS OF PETITION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

N/A

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Petitioner's conviction should be reversed and the matter returned to the trial court and a new trial ordered

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __Tuesday July 30th, 2019__ (month, date, year).

Executed (signed) on __7/30/2019__ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. __N/A__